IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0594

_____

IN THE MATTER OF:

A.G. and A.G.,                                                     O R D E R

     Youths in Need of Care.

_____

On January 23, 2023, this Court granted leave to supplement the record and stay briefing pending supplementation, with Mother having 30 days from the filing of the supplemental record in which to prepare, file, and serve her opening brief. Appellant Mother was advised that no further extensions of time would be granted.

This Court received the supplementation to the record on March 6, 2023, but Mother did not thereafter file an opening brief. On April 17, 2023, this Court ordered that Appellant file the opening brief no later than May 8, 2023. That order provided, "Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice." Nothing further has been filed.

Because the order on appeal terminated Mother's rights to her two children and she has a right to counsel on appeal, the Court is reluctant to dismiss the case without further notice.

IT IS THEREFORE ORDERED that counsel for Appellant Mother shall have ten days from the date of this Order within which to file with the Clerk of this Court either the Mother's Opening Brief on Appeal or a written explanation why the brief has not been filed.

The Clerk is directed to provide copies of this Order to all counsel of record and to Appellate Defender Chad Wright.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 16 2023